# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-04-00034-CV

**City of Austin, Appellant**

**v.**

**Francisco Lamas, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 126TH JUDICIAL DISTRICT
### NO. GN301192, HONORABLE PAUL DAVIS, JUDGE PRESIDING

## C O N C U R R I N G   O P I N I O N

I concur in the judgment only.  *See* Tex. R. App. P. 47.5 (concurring and dissenting opinions).

_____

Jan P. Patterson, Justice

Before Chief Justice Law, Justices Patterson and Puryear

Filed:   December 2, 2004